FILED
MAY - 4 2009
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA *
*
*
*
v. *
*
*
*
BRIAN MURPHY *

CR 09 58S

In violation of 18 U.S.C. §2252(a)(2) (Distribution of Child Pornography) and §2252(a)(4) (Possession of Child Pornography)

**INFORMATION**

The United States Attorney charges:

COUNT 1

1. From in or about May 2006 to on or about April 6, 2007, the exact date being unknown to the United States, in the District of Rhode Island, the defendant did knowingly distribute visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, or which contained materials which had been mailed and so shipped and transported, by any means including by computer, the producing of such visual depictions having involved the use of minors engaging in sexually explicit conduct, as defined in 18 U.S.C. §2256, and such depictions being of such conduct.

All in violation of 18 U.S.C. §2252(a)(2).

COUNT 2

2. From in or about May 2006 to on or about April 6, 2007, the exact dates being unknown to the United States, in the

District of Rhode Island, the defendant did knowingly possess one or more matters which contained a visual depiction of sexually explicit conduct, the production of which involved the use of a minor engaging in sexually explicit conduct, that had been transported in interstate and foreign commerce and which was produced using materials which had been transported in interstate and foreign commerce.

All in violation of 18 U.S.C. §2252(a)(4).

ROBERT CLARK CORRENTE
United States Attorney

LEE H. VILKER
Assistant U.S. Attorney
Deputy Chief of the Criminal Division

TERRENCE P. DONNELLY
Assistant U.S. Attorney